State v. Johnson

STATE OF NORTH CAROLINA v. JACK EDWARD JOHNSON

No. 7425SC648

(Filed 6 November 1974)

APPEAL by defendant from *Thornburg, Judge,* 28 January 1974 Session of Superior Court held in CATAWBA County. Heard in the Court of Appeals on 21 October 1974.

Defendant pleaded not guilty to separate indictments charging crimes against nature. From a verdict of guilty and a sentence of ten years in prison, defendant appealed.

*Attorney General Carson, by Assistant Attorney General H. A. Cole, for the State.*

*Sigmon and Sigmon, by W. Gene Sigmon, for defendant appellant.*

MARTIN, Judge.

Defendant presents the record for review for possible errors. We have done so and find no prejudicial error.

No error.

Chief Judge BROCK and Judge PARKER concur.